■ MASTER CRAFT JEWELRY Co., INC., Appellant, v EDWIN G. Roos et al., Respondents and Third-Party Plaintiffs-Respondents. HOLMES PROTECTION, INC., Third-Party Defendant-Respondent. [664 NYS2d 537] —Orders, Supreme Court, New York County (Elliott Wilk, J.), entered on or about July 19, 1996 and on or about January 16, 1997, unanimously

affirmed for the reasons stated by Wilk, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.